IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD STEWART, | : | Civil No. 3:20-cv-803 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| WARDEN SCOTT FINLEY, | : | |
| Respondent | : | |

## ORDER

**AND NOW,** this 12th day of January, 2021, upon consideration of Petitioner's motion (Doc. 10) for appointment of counsel, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 10) is **DENIED** without prejudice.

Robert D. Mariani
United States District Judge